FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Johnson
(Last Name)          (Identification Number)
Cacvis          Lamar
(First Name)          (Middle Name)
Rankin County Jail
(Institution)
221 N. Timber Street Brandon Ms 39042
(Address)
(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 25 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

V.          CIVIL ACTION NUMBER: 3:20- CV 104 - TSL - RHW
          (to be completed by the Court)

Capt Vaugh, Lt. Barnett,
Sgt. Hicks, Sgt Bridges, Cole Lee,
Kristen, Winston, Ray Born,
John the Awalker lilter,
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes (✓)     No ( )

B.   Are you presently incarcerated?
     Yes (✓)     No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
     you had been convicted of a crime?
     Yes ( )     No (✓)

D.   Are you presently incarcerated for a parole or probation violation?
     Yes ( )     No (✓)

E.   At the time of the incident complained of in this complaint, were you an inmate of the
     Mississippi Department of Corrections (MDOC)?
     Yes ( )     No (✓)

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )     No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I.  Name of plaintiff: Carvis Lamar Johnson          Prisoner Number: 109384

Address: 916 Inge St. Jackson, Ms 39803. but I'll be at 221 North Timber street Brandon Ms 39042 I ben at that Address a year now I don't know where Im be at Next

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Capt. Vaugh, L.t. Barnett is employed as Capt in a L.t. Sgt. over the jail in L.t. over The Jail at Rankin County Jail in Brandon Ms,

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                     ADDRESS: New Address Im at Now
Carvis Johnson                            221 North Timber street Brandon Ms 39042


DEFENDANT(S):

NAME:                                     ADDRESS:
Capt Vaugh                                221 North Timber st. Brandon Ms 39042
L.t. Barnett                              221 North Timber st Brandon Ms 39042
Sgt Hicks, Sgt. Bridges                   221 N Timber st Brandon Ms 39042
Cole Lee, Winstory, Ray Born,             221 N. Timber st Brandon Ms 39042
Johnathen Walker, Kristen
lilter,

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.   Have you ever filed any lawsuits in a court of the United States?   Yes ( ✓ )  No (   )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.) *It Still is pending it still pending*

CASE NUMBER 1.

1.   Parties to the action: *3:20-CV-00009-DPJ-FKB-Johnson V Jordan et al*

2.   Court (if federal court, name the district; if state court, name the county): *U.S. District Court Southern District of Mississippi*

3.   Docket Number: *1*

4.   Name of judge to whom case was assigned: *F. Keith Ball*

5.   Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) *it still pending*

CASE NUMBER 2.

1.   Parties to the action: _____

2.   Court (if federal court, name the district; if state court, name the county): _____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III.   State here as briefly as possible the facts of your case.  Describe how each defendant is
involved.  Also, include the names of other persons involved, dates and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of different
claims, number and set forth each claim in a separate paragraph. (Use as much space as you
need; attach extra sheet(s) if necessary).

This is a on going Complaints That I got going on with
these officers at this jail the capt over this Capt Vaughin
L.t. Barnett they just had they officers to assault me again
on the 2-7-20 of this month. Cuz My family post a post
on facebook about how them officers beat on me 11 time in
they still poison My food at this jail in The F.B.I come
to this jail last month in got all My Medical Records in all
My Reports in all the tapes to them Camera at this jail The Capt.
in the L.t. holding this against me in they Retaliation on me I
aint shower in 12 days in no phone call in 14 days They took My food
in they still poison My food I aint eating it    attach Sheet

## RELIEF

IV.   State what relief you seek from the court.  Make no legal arguments.  Cite no cases or
statutes.

70,000 dollars for My beating Suffering in the
injury that they did to me at this jail in the
Retaliation against of Suffering

Signed this ____21____ day of ___Feb_____, 20 ___20___.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true
and correct.

_Carius Johnson_
Signature of plaintiff

2-22-20

To Clerk U.S. District Court

I'm writing about me being Cruel and Unusual Punishment Discrimination in Retaliation at this Jail they mad at me Cuz I got a Case on these officers at this jail they wont let me come out to take a Shower It ben 2 weeks now no shower no phone Call no dayroom Call no haircut the officer Ray born Come to My Cell 314 at 5:10 PM in said we gone put a fake Case on you soon in he told me you aint gone never Coming out your cell or never gone take a shower we aint gone Clean your Cell out. It a white inmate in the Cell 2 cell down from me Cell 312 they let hem Come out every day to take a Shower but wont let me take none its ben 2 weeks now in they just give him a haircut its ben 2 months in a week I aint got no haircut They real Racist at this jail I told Y'all

back page

will yall please help me get move to another County Jail I fear My life a this
These officers gone trick me off camera in beat me up again in this time they
gone put fake charges on me these some dirty officers at this jail they just
beat this black man up real bad name Joshua Washingto in last week they just
put a fake charges on him they beat him up for nothing please help get me
move from this Racist Jail they poison My food just beat me up againt 2
time on the 2-7-20 in 2-8-20 I cant take this nomore thy is to lowdown
at this jail I dont know who I can write to get me move from this jail I dont
trust these officers I know aint no black got beat like me at this jail a lots
a time like me for nothing I aint lying this on camera now they taken
me off camera in try to put a fake case on me they beat me up over 11
times now 2 more time this year I cant take nomore this is Cruel and
unusual punishment Discrimination in Retaliation    Please help me please
Carvis Johnson

Im Terrified

New Report                    2-12-20

To: Clerk U.S. District Court
From: Carvis Johnson

Im writing about this jail that I Got Complaints and other initiating
Documents on. My Case number is 3:20-CV-00009-DPJ-FKB.
in Last week on the 2-4-20 My family post a post on facebook about
how this jail did me since I ben lock up. they post about they
bust My head bust My EyE wide opening 3 time Crack My Jaw bust
My nose opening give me a block EyEs Knock out 3 of My teeths
out My mouth Stand on top of My head in Kick me in the EyE
with Cowboy boots on broke a bone in My back hog tide me up
in poison My food about 12 time or more      In they try to broke My arm 9 time in the door
so I got over 400
Shares in 4days on facebook about it in 8 of it on camera 3 of it
they took me off camera to try in Kill me so they get mad in
the Capt over the jail Capt Vaugh had the officers to come to
My Cell [8'] to pack me up on the 2-7-20 at 5pm to under this side
314 so they Can take me off the camera to beat me up in the
officers he sent 3 of them the officers that I got Complaints on
So they don't like me pluse they don beat me up before for nothing
so all 5 officers walk me down the Hallway so when I walk to
the end of the hollway to the side door that when I look up in
I seen that I was off the Camera thats officer Ray born
punch me 4 time in the mouth hard why bridges Choke me in
he punch me 2 time in the head in the woman Kristen Kick me
to the floor with her hard boots on in the 2 officers with them
just was looking so I run down the Hallway so I Can get under
the Camera that when all them playing like aint nothing happen
the lowdown in they think they smart in what they doing so
They walk me to My New Cell 314 in when the officer Come
around to pass out the last Meal tray officer Winston I got
a Complaint out on hem to so he aint give me My tray
its on Camera I ask hem why you aint feed me he said I
don't Care if you don't eat so I aint eat nothing that night

I'm Terrified

So the Next day on the 2-8-20 at 12pm lunch Trays the
officers was passing them out officer lilter in winston
come to My door lilter give me My tray so I ask winston
why you aint feed My last Meal tray last night I got My
arm at the tray hold door he got Mad in try to brake My
arm in the tray hold door in he close the door on my hand cut
it on the door My hand is run blood on the door in My leg
So when I opening up My tray in was full of water water all
over My food in the meat on the tray was gone they did something
to My food I aint eat nothing in a days they had me hungry
in its on camera the officer aint gone do nothing they racist in
they dont like me. So on the 2-11-20 at 5 some pM the officer
Johnthen come around to feed me My last Mail tray I got a
complaints out on hem so he dont like me so hem in the trustee
inmate said it out they mouth Im gone poison your food so
So they give me My tray in officer Johnthen stop at My door
look in My face like something aint right so I look at My tray
they left off the zone I opening up My tray they give me tha
Same tray from 12 oclock tay that day so They feed me the
Same tray from lunch time everybody els got some els on
they tray so I was tching to call the officer that was
working in the tover lilter but he aint Say nothing
he hear me calling his name they pland that out to do
that to me so when the officer Johnthen got back in the
tower I call his name to tell about they give me a old
tray flom lunch so he said So I dont care pat it on
facebook nigga they lowdown in Racist at this jail so
when they got off work at7pm the officers come in I got
on the door about that old tray that they feed me They ride
with the officers that just got off they dont like me so
Im asking to see the sgt hicks dont wont come so
Im still on the door about My food so at 9pm he come on
the zone sgt hicks he Racist to so he look at the tray in he
aint do nothing about it in I know he wont gondo → Next page

I'm Terrified

nothing about it cuz They real Racist in they dont like me
Cuz I got Complaints and initiating Documents out on them
in they holding that against me pluse with my family got all
over facebook in I.G. about this jail they trying to kill me
they said it out they mouth thats why I'm trying to let the
whole world know befor they do it they wont let me come
out to shower in 6 days now in they said they wont never
let me come out my cell I ben lockdown 10 months now
for nothing behind a door They wont give me no haircutt hair
all over my face The Hold jail get a haircutt every 2 week it
be 8 months I aint had one in the Capt over this jail hem
in L.t. Barnett they dont like me in they holding this against
me I cant do nothing about it they told me they gone kill me
they just trying to find a right time to do it they gone trick me
off the camera in do it I know this I see how they acting
I want to filed a complaint on Capt Vaugh L.t. Barnett officer
ColeLee in Sgt hicks, Winston in Johnthen, officer Rayborn
Kristen, Sgt Bridges for what they did to me at this jail
they broke my 14th Amendment no one should have a Cruel
and unusal punishment wflicted up on them They dont Care
Cuz they real Racist at this jail please please help me before
I die I'm suffering right now for nothing They holding
this against me I need yall help now they trying to Keep
me under the camera in a lockdown cell 24.7 cant come out
to shower no TV no dayroom call just doing me wrong for
nothing I aint do nothing to them they all most kill me
they beat me 11 time in now 2 more time for nothing why
cuz I'm black They just beat a black up for nothing on
the 1-24-20 Joshua washington They bust his face wide opening
2 black Eyes whole head big mouth big Eyes big in bust up
real bad cuz he did not wont to go to court they took hem
off camera in beat hem like a slave in they drag hem on his
head in they put hem in a cell Next door to ware I was

Re verified
I m

180 on zone 183 I was in cell 181 before They move me to 314 were Im at now. its over 10 blacks got beat up real bad at this jail in the last 7 months they will tell you that they dont like blacks at this jail its something got to be don about they doing it Cuz they ben getting away with it for years in they lie on they Report all the time trying to cover themself not with me This jail aint right they real lowdown in what they do it off to bad how they do blacks at this jail They dont like me Cuz My family had The F.B.I. Come to this jail last month in got all my medical Records in all the Report they lied on in my Report in all the Tapes to them Camera were They just jump on me in them cells I was in. The F.B.I. headquarter from Washington DC sent The F.B.I. from Jackson to come to this jail in See me on the 1-2-20 of last month Thats why they making me suffering like this My family did What was right yall beat me 11 time for nothing yall allmost Kill me in got it on Camera in 3 of it they took me off Camera to Kill me they aint lying the officers in they Boss trying to lie but them Camera dont lie thats why The F.B.I Come to get all the tapes to them Camera please please please please please please please please please please help me before they Kill I fear for my life at this jail I dont Know what they gone do Next

On the 2-21-20 I wrote all the time they took My shower 12 time from 2-7-20 to Now 15 day only 3 shower I told you they real Racist in they wont wash nothing I put out to be wash No haircut in 2 month no phone call no nothing its all on Camera no lie        My Case number is
3:20-CV-00009-DPJ-FKB

2-16-20

To: Clerk U.S. District Court
From: Caruls Lamar Johnson

I'm writing about this Capt over this jail in the L.t.
Capt Vaugh he don't like me Cuz My family put up that post on
facebook about this jail how they ben beating on me in how
the Keep poison My food in how they got me hid out in a
lockdown Cell for over 9 to 10 months for nothing he got me
suffering for nothing in he mad at me Cuz The F.B.I.
Come to this jail for them Medical Records in My Reports in
all them tapes to them Camera when they beat me up for
nothing he just had them same officers That I got Reports
in Complaints on to beat me up on the 2-7-20 They move
me out My Cell to another cell to take off Camera to beat
me up In the L.t. Barnett Come to My door say that if
I don't sign a paper to take a pill I will never
come out My Cell to shower or dayroom call in no
phone Call last week on the 2-10-20 in I ben in this
New cell now for over 10 days now I aint get no dayroom
Call no phone call or no shower I aint did nothing for
them to do me like this not nothing They Racist at this
jail Capt Vaugh sent that L.t. Barnett to My cell last
week they trying to get me to take a pill I aint
never had them to come to My cell talking about if
you dont take this pill you aint gone get this or that
I told jail they trying to kill me now they Mite
trying to put it in my food I aint eating this
food Cuz They trying to poison me Im not going
Crazy at all yall just dont know whats going on
at this jail its a lot going on at this jail trust me
I aint lying in they know I know what they ben doing
in they hate that I know what they ben doing for a
long time They ben getting away with a lot of wrong doing

The Capt over this jail Capt Vaugh his boss over him told him to get me out the way I put this jail all over the world about what they is doing here in he dont like that thats why they trying to get me to take a pill they aint never come to me like this in Said nothing like that to me in they trying to play me like I'm slow telling me if I dont take it I wont never come out my cell or shower or no phone call in 10 days I ben lockdown 24-7 They aint never did me like this in on the 2-11-20 Sgt hicks cut my water off in to light to this day I aint got no water They trying to do something to me I dont know what it is but please help me before they kill me look what they doing to me I aint did nothing I'm under a camera roll the camera back it will not show you that I did nothing to nobody not at all They trying to play smart in try something on me they trying to take off camera again IA do something to me the wont let me call no one come out my room or shower in they got me in a cell down low in when some one come to see me I got to go off the camera to go up top Thats how they just beat me up last week on the 2-7-20 they took me from up top cell 181- to off the camera to down low in cell 314 You see what I'm saying they plan it all out they trying to do something to me help me before I die in this jail please please They real racist at this jail

My Civil Action No is
3:20-CV-9-DPJ-FKB

Carcus Johnson
2-16-20